NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**VINYL VISIONS, LLC,**
*Plaintiff-Appellant*

**v.**

**CRAIG A. OEHME, DBA E.E. PAULEY PLASTIC EXTRUSION, BENJAMIN OEHME,**
*Defendants-Appellees*

**DOES, 2-10, INCLUSIVE,**
*Defendant*

———————————

2015-1273

———————————

Appeal from the United States District Court for the Central District of California in No. 5:13-cv-01818-TJH-DTB, Senior Judge Terry J. Hatter Jr..

———————————

**JUDGMENT**

———————————

ALAN STEVEN YOCKELSON, Law Office of Alan S. Yockelson, San Diego, CA, argued for plaintiff-appellant.

ANDREW DALLMANN, Burch Dallmann LLP, Irvine, CA, argued for defendants-appellees.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* MOORE and WALLACH, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 15, 2015
Date

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court